UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

Case No. _____

U.S. BANK, NATIONAL ASSOCIATION AS
LEGAL TITLE TRUSTEE FOR TRUMAN
2016 SC6 TITLE TRUST,
    *Plaintiff*

Vs.

VALERIA TAVERAS, et al.,

Defendants.

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

COME NOW, Defendant, Valeria Taveras, and Eliezer Taveras ("Defendants"), and jointly certify to the best of their knowledge and belief, the following list of corporations, firms, partnerships, trial judges, attorneys, have an interest in the outcome of the particular case, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. U.S. Bank National Association – Plaintiff;
2. Christiana Trust – Original plaintiff;

1

3. Fay Servicing, LLC - Loan Servicer pursuing this action;

4. Rushmore Financial Services LLC – Loan Servicer pursuing this action;

5. Servis One, Inc. – Loan Servicer commencing this action;

6. Bank of America, N.A. – Defendant;

7. Reunion Resort & Club of Orlando – Defendant;

8. Taveras, Eliezer – Defendant;

9. Taveras, Valeria – Defendant;

10. Acevedo, Ariel – Attorney for Bank of America, N. A.

11. Arago, Keith P. – Attorney for Defendants;

12. Chin-Duncan, Karissa – Attorney for Plaintiff;

13. Clancy, Michele – Attorney for Plaintiff;

14. Cohen, Ana Josefa Fernandez – Attorney for Plaintiff;

15. Diaz, Roy A. – Attorney for Christina Trust;

16. Hennessey, Patrick J. – Attorney for Christiana Trust;

17. Isles, Debbie – Attorney for Plaintiff;

18. Jernigan, Anna Michelle – Attorney for Plaintiff;

19. Latour, Tyrone A. – Attorney for Defendant, Valeria Taveras;

20. Milson, Nicole – Attorney for Defendant Bank of America;

21. Neufeld, Alyssa Lauren – Attorney for Christiana Trust;

22. Perez, Omar – Attorney for Defendant Bank of America, N. A.;

23. Piccolo, Michael B. – Attorney for Plaintiff U.S. National Bank;

24. Rader, Shawn G. – Attorney for Plaintiff;

25. Silver, Jason – Attorney for Christiana Trust;

26. Munyon, Lista T. Defendant in related case No.: 6:23-cv-1305- WWB-EJK, Circuit Judge of the Ninth Judicial Circuit in and for Osceola

County, Florida;

27. Schreiber, Margaret H. – Defendant in related case No.: 6:23-cv-1305-WWB-EJK, Circuit Judge of the Ninth Judicial Circuit in and for Osceola County, Florida;

28. Young, Tom – Defendant in related case No.: 6:23-cv-1305- WWB-EJK, Circuit Judge of the Ninth Judicial Circuit in and for Osceola County, Florida;

29. Office of the Attorney General Ashley Moody – Law Firm for Defendants in related case No.: 6:23-cv-1305- WWB-EJK;

30. Schwieterman, Jessica – Assistant Attorney General and Counsel for Defendants Young, Schreiber, and Munyon in related case No.: 6:23-cv-1305- WWB-EJK;

31. Bank of America, N.A. – Defendant in related case, Taveras v. Bank of America N.A., et al.; 6:21-cv-189;

32. Christiana Trust – Defendant in related case, Taveras v. Bank of America N.A., et al.; 6:21-cv-189;

33. Servis One, Inc. – Defendant in related case, Taveras v. Bank of America N.A., et al.; 6:21-cv-189;

34. Liebler II, James Randolph – Attorney for Defendant Bank of America in related case, Taveras v. Bank of America; 6:21-cv-189;

35. Martinez, Melody Ann – Attorney for Defendant Bank of America in related case, Taveras v. Bank of America; 6:21-cv-189;

36. Silverstein, Ira Scott – Attorney for Defendant Bank of America in related case, Taveras v. Bank of America; 6:21-cv-189;

37. Servis One, Inc., DBA, BSI Financial Services – Defendant in related case, Taveras v. Bank of America; 6:21-cv-189;

38. Silver, Jason David – Attorney for Defendants Servis One, Inc. and Christiana Trust in related case, Taveras v. Bank of America; 6:21-cv-189;

Respectfully submitted,

*Eliezer Taveras*
Eliezer Taveras
7706 Excitement Dr
Kissimmee, FL 34747
(305) 515-4840
Etaveras2020@gmail.com

*Valeria Taveras*
Valeria Taveras
7706 Excitement Dr
Kissimmee, FL 34747
(305) 515-4840
valtaveras@yahoo.com

4